Argued and submitted November 2, judgment of the Tax Court affirmed November 24, 1995

Clyde V. BRUMMELL,
*Appellant,*

*v.*

DEPARTMENT OF REVENUE,
State of Oregon,
*Respondent.*

(OTC 3397, 3398; SC S41421)

905 P2d 1153

Gary M. St. Louis, Portland, filed the brief for appellant and waived oral argument.

Rochelle Nedeau, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief was Theodore R. Kulongoski, Attorney General.

## MEMORANDUM OPINION

Taxpayer appeals from a judgment of the Oregon Tax Court that valued, for *ad valorem* tax purposes, two residential lots in Multnomah County as of July 1, 1991. On *de novo* review, ORS 305.445, and after considering all taxpayer's arguments, we agree with the judgment of the Tax Court. An explanation of our reasons would not benefit bench or bar.

The judgment of the Tax Court is affirmed.